Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LAURA BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:26-cv-02942-LK<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE** |

The Court, having received and reviewed the Parties' Stipulated Motion to Transfer Venue, hereby FINDS as follows: the action could have been brought in the Eastern District of Washington, Spokane Division. Transfer to the Eastern District of Washington, Spokane Division, comports with the requirements of 28 U.S.C. § 1404(a), is more convenient for the parties and witnesses, and is in the interest of justice.

The Parties' Stipulated Motion to Transfer Venue is GRANTED.

The Clerk of Court is ORDERED to transfer this action to the Eastern District of Washington, Spokane Division.

Dated: November 6, 2026

Lauren King

Honorable Lauren King



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Per D. Jansen
Per D. Jansen, WSBA #49966
/s/ Emma A. Healey
Emma A. Healey, WSBA #58384
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-876-5301
Fax: 206-693-7058
Email: per.jansen@ogletree.com
emma.healey@ogletree.com

*Attorneys for Defendant*

BUSH & BUSH LAW GROUP

By: /s/ Damon Alexander Platis
Damon Alexander Platis, WSBA #24719
Email: dplatis@bushlawgrp.com
Wendell Washington, TX #24044165
Email: wwashington@bushlawgrp.com
Charles Bush, TX #24096028
Email: cbush@bushlawgrp.com
5601 Executive Drive, Suite 410
Irving, Texas 75038
Telephone: (972) 488-8888
Facsimile: (833) 228-5342

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I served the foregoing **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE** via the method(s) below on the following parties:

Damon Alexander Platis, WSBA #24719
Email: dplatis@bushlawgrp.com
Wendell Washington, TX #24044165
Email: wwashington@bushlawgrp.com
Charles Bush, TX #24096028
Email: cbush@bushlawgrp.com
BUSH & BUSH LAW GROUP
5601 Executive Drive, Suite 410
Irving, Texas 75038
Telephone: (972) 488-8888
Facsimile: (833) 228-5342

*Attorneys for Plaintiff*

☐ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last-known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☒ by **e-mailing** a true and correct copy to the last-known email address of each person listed above.

SIGNED THIS 6th day of November 2026 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Amma-Marie del Casal*
Amma-Marie del Casal, Practice Assistant
amma-marie.delcasal@ogletree.com